Eric F. Leon (EL-5780)
Laura B. Kadetsky (LK-8039)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| ABACUS AMERICA, INC. d/b/a APLUS.NET,<br><br>          *Plaintiff,*<br><br>- against -<br><br>TSV GROUP, INC.,<br><br>          *Defendant.* | Case No.:<br><br>ECF Case<br><br>**RULE 7.1 STATEMENT** |



### DISCLOSURE STATEMENT OF ABACUS AMERICA, INC. D/B/A APLUS.NET

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Abacus America, Inc. d/b/a Aplus.Net (a nongovernmental corporate party) makes the following disclosure statement:

I. PARENT CORPORATIONS:
      APLUS Holdings Inc.

II. PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK:
      None.

Dated: December 10, 2007
       New York, New York

Eric F. Leon (EL-5780)
Laura B. Kadetsky (LK-8039)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

*Attorneys for Plaintiff*