UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABACUS AMERICA, INC. d/b/a APLUS.NET,<br><br>     Plaintiff,<br><br>- against -<br><br>TSV GROUP, INC.,<br><br>     Defendant. | Case No.:  07 CV 11142<br><br>**APPEARANCE**<br>ECF CASE |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff ABACUS AMERICA, INC. d/b/a APLUS.NET.

I certify that I am admitted to practice in this court.

Dated:  December 14, 2007

               s/ _____

               Laura B. Kadetsky
               KIRKLAND & ELLIS LLP
               Citigroup Center
               153 East 53rd Street
               New York, New York  10022-4611
               Telephone: (212) 446-4800
               Facsimile: (212) 446-4900

               *Attorneys for Plaintiff*