*Conner, J*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABACUS AMERICA, INC. d/b/a APLUS.NET,<br><br>　　　　　　　　　*Plaintiff,*<br><br>- against -<br><br>TSV GROUP, INC.,<br><br>　　　　　　　　　*Defendant.* | Stipulation and Order of Voluntary Dismissal<br><br>Case No.:　07CV11142<br>　　　　　　Judge Conner<br><br>　　　　　　ECF Case |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-captioned action is voluntarily dismissed in all respects, inclusive of all claims and counterclaims by all parties, with prejudice and without costs or attorneys' fees to either party.

Dated: December 31, 2007

KIRKLAND & ELLIS LLP　　　　　　　　　LITTMAN KROOKS LLP

By: _____　　　　　By: _____
　　Eric F. Leon (EL-5780)　　　　　　　　Mitchell C. Littman (ML-5334)
　　Laura B. Kadetsky (LK-8039)　　　　　655 Third Avenue, 20th Floor
　　153 E. 53rd Street　　　　　　　　　　New York, New York 10017
　　New York, New York 10022　　　　　　(212) 490-2020
　　(212) 446-4800　　　　　　　　　　　Attorneys for Defendant
　　Attorneys for Plaintiff

SO ORDERED *William C. Conner*
　　　　　　　Judge William C. Conner
　　　　　　　Sr. U.S.D.J.

DATED: White Plains, NY
　　　　　Jan. 2, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

E-COPIES MAILED TO COUNSEL OF RECORD for Π
AND MAILED TO Δ COUNSEL