Conner, J



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABACUS AMERICA, INC. d/b/a APLUS.NET,<br><br>            *Plaintiff,*<br><br>- against -<br><br>TSV GROUP, INC.,<br><br>            *Defendant.* | ~~STIPULATION~~<br><br>Case No.:  07CV11142<br>             Judge Conner<br><br>ECF Case |

## STIPULATION & ORDER REGARDING TIME FOR DEFENDANT TO RESPOND

The parties hereto, through their respective counsel of record, hereby stipulate that the time for Defendant TSV Group, Inc. to answer, move, or otherwise plead with respect to the Complaint of Plaintiff Abacus America, Inc. d/b/a Aplus.Net is extended by thirty (30) days, to January 30, 2008.

Dated: December 19, 2007
New York, New York

_____
Eric F. Leon (EL-5780)
Laura B. Kadetsky (LK-8039)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

*Counsel for Plaintiff*
*Abacus America, Inc. d/b/a Aplus.Net*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

E-COPIES MAILED TO COUNSEL OF RECORD for TI
AND MAILED TO Δ COUNSEL

Dated: December 19, 2007
       New York, New York

                                          Mitchell C. Littman (ML-5334)
                                          LITTMAN KROOKS LLP
                                          655 Third Avenue, 20th floor
                                          New York, New York 10017
                                          Telephone:    (212) 490-2020
                                          Facsimile:      (212) 490-2990

                                          *Counsel for Defendant TSV Group, Inc.*

SO ORDERED [signature] *William C. Conner*
                              Judge Conner   Sr. U.S.D.J.

                                    dated: Jan. 2, 2008